MARCO LUCCO, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Lucco* v. *N. Y. C. & H. R. R. R. Co.*, 87 Hun, 612, affirmed.
(Argued April 28, 1898; decided May 13, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fifth judicial department, entered July 6, 1895, affirming a judgment in favor of plaintiff, entered upon a verdict, and an order denying a motion for a new trial.

*Albert H. Harris* for appellant.

*Norris Bull* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except PARKER, Ch. J., and GRAY, J., who dissent.

---

JOHN O'LOUGHLIN, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*O'Loughlin* v. *N. Y. C. & H. R. R. Co.*, 87 Hun, 538, affirmed.
(Argued April 27, 1898; decided May 13, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fifth judicial department, entered June 27, 1895, affirming a judgment in favor of plaintiff, entered upon a verdict, and an order denying a motion for a new trial.

*Albert H. Harris* for appellant.

*John Van Voorhis* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, J., dissenting.

---

WILLIAM E. D. STOKES, Respondent, *v.* EDWARD S. STOKES, Appellant.

(Submitted May 2, 1898; decided May 13, 1898.)

Motion for reargument denied, with ten dollars costs. (See 155 N. Y. 581.)